■ In the Matter of Shlomo Cyngiel, Deceased. Mordechai Cyngiel, Respondent; Rima Krigsman, Appellant. [12 NYS3d 575]—In a probate proceeding in which the executor of the estate of Shlomo Cyngiel, petitioned for a determination that Dora Avrumson, the postdeceased wife of the decedent, failed to exercise her right of election pursuant to EPTL 5-1.1-A against the estate of Shlomo Cyngiel, the objectant, executor of the estate of Dora Avrumson, appeals, as limited by her brief, from so much of an order of the Surrogate's Court, Kings County (Johnson, S.), entered July 23, 2013, as granted the petitioner's motion for summary judgment on the petition.

Ordered that the order is affirmed insofar as appealed from, with costs payable to the estate of Sholmo Cyngiel by Rima Krigsman, in her capacity as executor of the estate of Dora Avrumson.

The Surrogate's Court properly granted the petitioner's mo-

tion for summary judgment on the petition. The petitioner established, prima facie, that the decedent's postdeceased spouse did not follow the procedure outlined in EPTL 5-1.1-A (d) for exercising a spouse's right of election. In opposition, the appellant failed to raise a triable issue of fact as to whether the decedent's postdeceased spouse substantially complied with the statute during her lifetime (*cf. Matter of Sylvester*, 107 AD3d 903 [2013]; *Matter of Colin*, 23 AD3d 824 [2005]). Mastro, J.P., Chambers, Roman and LaSalle, JJ., concur.